# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

IN RE:

Arvin Peter Mani  
19332 Pitcairn Ln  
Huntington Beach, CA  92646

Case No. **8:22-bk-12093-TA**

DATE: 3/7/2023

DEB1 SSN XXX-XX-5672

---

**NOTICE OF INTENT TO PAY CLAIMS**

---

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY OF INTEREST WITHIN FIFTEEN(15) DAYS FROM THE DATE OF THIS NOTICE.

| NAME & ADDRESS OF CREDITOR | CLAIM AMOUNTS & INFO. | CLASSIFICATION & ACCOUNT |
|---|---|---|
| Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA  92701-4593 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 1 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Chandler Olson<br>c/o Pourcho Law Group PC<br>2618 San Miguel Drive Ste 410<br>Newport Beach, CA  92660 | CLAIM: **$239,209.05**<br>SCHEDULED: $112,687.10<br><br>DATE FILED: 02/14/2023<br>TRUSTEE CLAIM#: 2 | Paid in Full Mortgage<br><br>ACCT: **7370**<br>COMM: PER CLASS 3C: TD: 19332<br>COURT CLAIM#: 4 |
| County of Los Angeles<br>Dept. of Treasurer & Tax Collector<br>225 North Hill St. RM 122<br>PO Box 514818<br>Los Angeles, CA  90051 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 3 | SECURED<br>PAID OUTSIDE<br>ACCT:<br>COMM: DP PER CLASS 3B: PROP TA<br>COURT CLAIM#: |
| County of Orange Treasurer Tax Collector<br>PO Box 4515<br>Santa Ana, CA  92702 | CLAIM: **$0.00**<br>SCHEDULED: $39,000.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 4 | MORTGAGE ARREARS<br>NOT FILED<br>ACCT:<br>COMM: ARRS DP: PROP TAXES<br>COURT CLAIM#: |
| Franchise Tax Board<br>PIT Bankruptcy MS: A-340<br>PO Box 2952<br>Sacramento, CA  95812-2952 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED: 01/25/2023<br>TRUSTEE CLAIM#: 5 | UNSECURED<br><br>ACCT: **5672**<br>COMM: TAXES CLAIM $ TBD<br>COURT CLAIM#: 2 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | CLAIM: **$3,851.59**<br>SCHEDULED: $0.00<br><br>DATE FILED: 12/29/2022<br>TRUSTEE CLAIM#: 6 | PRIORITY<br><br>ACCT: **5672**<br>COMM: NO PROVISIONS<br>COURT CLAIM#: 1 |

Case No. **8:22-bk-12093-TA**

| Creditor | Claim Info | Status |
|---|---|---|
| ORange County Sheriff Office<br>Sheriff's Civil Division<br>909 North Main Street Suite 2<br>CASE NUMBER: 2022501383<br>Santa Ana, CA  92701 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 7 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA  92701-4593 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 8 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Amrane (SA) Cohen (TR)<br>770 The City Drive South Suite 3700<br>Orange, CA  92868 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 9 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Christopher J Langley<br>Shioda, Langley & Chang LLP<br>1063 E. Las Tunas Dr.<br>San Gabriel, CA  91776 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 10 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| CENLAR, FSB<br>425 PHILLIPS BLVD<br>EWING, NJ  08618 | CLAIM: **$78,379.59**<br>SCHEDULED: $72,647.32<br><br>DATE FILED: 02/13/2023<br>TRUSTEE CLAIM#: 11 | MORTGAGE ARREARS<br><br>ACCT: **6430**<br>COMM: ARRS DP: TD: 1141 N. BER<br>COURT CLAIM#: 3 |
| The Josefa A. Mani Trust<br>19332 Pitcairn Ln.<br>Huntington Beach, CA 92646-2019 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 12 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |

Case No. **8:22-bk-12093-TA**

| In re:<br>Arvin Peter Mani<br>19332 Pitcairn Ln<br>Huntington Beach, CA 92646 | Debtor(s). | **CHAPTER 13**<br><br>**Case No.:** 8:22-bk-12093-TA |
|---|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

ORANGE CITY SQUARE
770 THE CITY DR. SOUTH, #3700
ORANGE, CA 92868

The foregoing document described as <u>NOTICE OF INTENT TO PAY CLAIMS</u> will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/7/2023 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Christopher J Langley                                              chris@slclawoffice.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 3/7/2023 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

Arvin Peter Mani
19332 Pitcairn Ln
Huntington Beach, CA 92646

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/7/2023 | REYNA PATRICK | /s/ REYNA PATRICK |
|---|---|---|
| Date | Type Name | REYNA PATRICK |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          F 9013-3.1.PROOF.SERVICE