United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-12093-TA |
| Arvin Peter Mani | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 20, 2023 | Form ID: pdf002 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arvin Peter Mani, 19332 Pitcairn Ln, Huntington Beach, CA 92646-2919 |
| cr | + | Chandler Olson, 100 Bayview Circle, Suite 100, Newport Beach, CA 92660-2963 |
| 41374497 | + | Chandler Olson, c/o Pourcho Law Group PC, 2618 San Miguel Drive Ste 410, Newport Beach, CA 92660-5437 |
| 41385822 | + | CitiMortgage Inc., MTC Financial Inc., 17100 Gillette Ave., Irvine, CA 92614-5603 |
| 41374499 | | County of Orange, P.O. Box 4515, Santa Ana CA 92702-4515 |
| 41374502 | + | ORange County Sheriff Office, Sheriff's Civil Division, 909 North Main Street Suite 2, CASE NUMBER: 2022501383, Santa Ana, CA 92701-3522 |
| 41385821 | + | The Josefa A. Mani Trust, 19332 Pitcairn Ln., Huntington Beach, CA 92646-2919 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Mar 21 2023 00:58:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Mar 21 2023 00:59:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41429080 | + | Email/Text: BKelectronicnotices@cenlar.com | Mar 21 2023 00:58:00 | CitiMortgage, Inc., c/o Cenlar, FSB, Attn: Bankruptcy Dept., 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 41374498 | + | Email/Text: bankruptcy@ttc.lacounty.gov | Mar 21 2023 00:58:00 | County of Los Angeles, Dept. of Treasurer & Tax Collector, 225 North Hill St. RM 122, PO Box 514818, Los Angeles, CA 90051-4818 |
| 41407678 | | Email/Text: BKBNCNotices@ftb.ca.gov | Mar 21 2023 00:59:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 41374500 | | Email/Text: BKBNCNotices@ftb.ca.gov | Mar 21 2023 00:59:00 | Franchise Tax Board, PIT Bankruptcy MS: A-340, PO Box 2952, Sacramento, CA 95812-2952 |
| 41374501 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 21 2023 00:58:00 | INTERNAL REVENUE SERVICE, PO BOX 7346, Philadelphia, PA 19101-7346 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar as servicer for CitiMortgage, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Mar 20, 2023 | Form ID: pdf002 | Total Noticed: 14

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2023            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Amrane (SA) Cohen (TR) | efile@ch13ac.com |
| Benjamin Heston | on behalf of Creditor Chandler Olson bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Christina J Khil | on behalf of Creditor Cenlar as servicer for CitiMortgage Inc. christinao@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Christopher J Langley | on behalf of Debtor Arvin Peter Mani chris@slclawoffice.com omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 5

United States Bankruptcy Court

Central District of California

411 W Fourth Street, Suite 2030, Santa Ana, CA 92701-4593

## NOTICE

BANKRUPTCY NO.: 8:22-BK 12093 TA
DEBTOR(S) INFORMATION: Arvin Peter Mani
CHAPTER: 13
Confirmation Date/Time:  April 19, 2023 at 1:30 p.m.

YOU ARE HEREBY NOTIFIED: That your Confirmation hearing will take place using Zoom for Government. The service is free to participants.

You will not be permitted to be physically present in the courtroom. Participants may connect to the videoconference through an Internet browser by entering the Videoconference URL shown below, as well as the meeting ID and password, when prompted.

**Zoom Meeting URL**: https://cacb.zoomgov.com/j/1614963747
**Meeting ID**: 161 496 3747
**Password**: 458445

If you are unable to send and receive audio through your computer or other device, you may appear by telephone by using the following audio conference information:

**Audioconference Tel. No.**: +1 (669) 254 5252 or +1 (646) 828 7666
**Meeting ID**: 161 496 3747
**Password**: 458445

|  |  |
|---|---|
| Dated:  March 20, 2023 | For The Court,<br>**Kathleen J. Campbell**<br>**Clerk of Court** |