**Christopher J. Langley (SBN 258851)**
Shioda, Langley and Chang, LLP
1063 E. Las Tunas Dr.
San Gabriel, CA 91776
Telephone: (951) 383-3388
Fax: (877) 483-4434
chris@slclawoffice.com

Attorney for Debtor,

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Arvin Peter Mani,<br><br>Debtor. | CASE NO.: 8:22-bk-12093-TA<br><br>Chapter: 13<br><br>**NOTICE OF OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY- REAL PROPERTY**<br><br>Hearing:<br>Date:    04/25/2023<br>Time:    10:30 AM<br>Ctrm:    5B<br>Place:    411 West Fourth Street<br>              Santa Ana, CA 92701 |

TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AMRANE COHEN, CHAPTER 13 TRUSTEE, CITIMORTGAGE INC., AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that Arvin Peter Mani (the "Debtor") herein oppose(s) the motion for relief from automatic stay filed by, CitiMortgage, Inc., and its successors and/or assignees, with regard to the Real Property, 1141 N. Berendo St., Los Angeles, CA 90029.

///

///

1

**OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

1 | The Debtor(s) will be current by date of hearing or make other arrangements with the
2 | movant to resolve the issue.

3 |                                                                  Respectfully submitted,

5 | Dated: April 10, 2023                          Shioda, Langley and Chang, LLP

7 |                                                 By: /s/ Christopher J. Langley
  |                                                     CHRISTOPHER J. LANGLEY
  |                                                        Attorney for Debtor

---

2

**OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**4158 14th St. Riverside, CA 92501**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF OPPOSITION AND OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY- REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **4/10/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Amrane (SA) Cohen (TR)**    efile@ch13ac.com
**Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
**Christina J Khil**    christinao@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com
**Christopher J Langley**    chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
**United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **4/10/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Arvin Peter Mani**
19332 Pitcairn Lane
Huntington Beach, CA 92646

**Malcom Cisneros, A Law Corporation**
2112 Business Center Drive, 2nd Floor
Irvine, CA 92612

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **4/10/23**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/10/2023 | John Martinez | /s/ John Martinez |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE