United States Bankruptcy Court

Central District of California

In re:   Case No. 22-12093-TA
Arvin Peter Mani   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8   User: admin   Page 1 of 2
Date Rcvd: Apr 20, 2023   Form ID: van150   Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arvin Peter Mani, 19332 Pitcairn Ln, Huntington Beach, CA 92646-2919 |
| cr | + | Chandler Olson, 100 Bayview Circle, Suite 100, Newport Beach, CA 92660-2963 |
| 41374497 | + | Chandler Olson, c/o Pourcho Law Group PC, 2618 San Miguel Drive Ste 410, Newport Beach, CA 92660-5437 |
| 41385822 | + | CitiMortgage Inc., MTC Financial Inc., 17100 Gillette Ave., Irvine, CA 92614-5603 |
| 41374499 | | County of Orange, P.O. Box 4515, Santa Ana CA 92702-4515 |
| 41374502 | + | ORange County Sheriff Office, Sheriff's Civil Division, 909 North Main Street Suite 2, CASE NUMBER: 2022501383, Santa Ana, CA 92701-3522 |
| 41385821 | + | The Josefa A. Mani Trust, 19332 Pitcairn Ln., Huntington Beach, CA 92646-2919 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Apr 21 2023 04:16:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Apr 21 2023 04:16:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41429080 | + | Email/Text: BKelectronicnotices@cenlar.com | Apr 21 2023 00:20:00 | CitiMortgage, Inc., c/o Cenlar, FSB, Attn: Bankruptcy Dept., 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 41374498 | + | Email/Text: bankruptcy@ttc.lacounty.gov | Apr 21 2023 00:20:00 | County of Los Angeles, Dept. of Treasurer & Tax Collector, 225 North Hill St. RM 122, PO Box 514818, Los Angeles, CA 90051-4818 |
| 41407678 | | EDI: CALTAX.COM | Apr 21 2023 04:16:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 41374500 | | EDI: CALTAX.COM | Apr 21 2023 04:16:00 | Franchise Tax Board, PIT Bankruptcy MS: A-340, PO Box 2952, Sacramento, CA 95812-2952 |
| 41374501 | + | EDI: IRS.COM | Apr 21 2023 04:16:00 | INTERNAL REVENUE SERVICE, PO BOX 7346, Philadelphia, PA 19101-7346 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar as servicer for CitiMortgage, Inc. |
| cr | | CitiMortgage Inc |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amrane (SA) Cohen (TR) | efile@ch13ac.com |
| Benjamin Heston | on behalf of Creditor Chandler Olson bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Christina J Khil | on behalf of Creditor CitiMortgage Inc christinao@mclaw.org CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Christina J Khil | on behalf of Creditor Cenlar as servicer for CitiMortgage Inc. christinao@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Christopher J Langley | on behalf of Debtor Arvin Peter Mani chris@slclawoffice.com omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 6

## United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Arvin Peter Mani

**BANKRUPTCY NO.** 8:22-bk-12093-TA

**CHAPTER** 13

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx-xx-5672
**Employer Tax-Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 4/20/23

**Address:**
19332 Pitcairn Ln
Huntington Beach, CA 92646

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed; and

(2) the court retain jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: April 20, 2023

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van150-od13a Rev. 06/2017

**32 / SD8**