| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Christopher J. Langley (SBN 258851)<br>Shioda, Langley and Chang, LLP<br>1063 E. Las Tunas Dr.<br>San Gabriel, CA 91776<br>Telephone: (951) 383-3388<br>Fax: (877) 483-4434<br>chris@slclawoffice.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** SANTA ANA DIVISION

| In re:<br><br>Arvin Peter Mani<br><br><br><br><br>Debtor(s). | CASE NO.: 8:22-bk-12093-TA<br>CHAPTER: 13<br><br>**NOTICE OF OPPORTUNITY TO<br>REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]**<br><br>[No hearing unless requested in writing] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) Arvin Peter Mani ,
   filed a motion or application (Motion) entitled Application of Attorney for Debtor For Allowance of Fees and Expenses
   Following Dismissal or Conversion of Chapter 13 Case Subject to a RARA (Doc #36) .

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion. (*Check appropriate box below*):

   ☐ The full Motion is attached to this notice; or

   ☒ The full Motion was filed with the court as docket entry # _36_, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

a.  If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b.  If you fail to comply with this deadline:

   (1)  Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

   (2)  Movant will lodge an order that the court may use to grant the Motion; and

   (3)  The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 5/02/2023

/s/ Christopher J. Langley
Signature of Movant or attorney for Movant

Christopher J. Langley
Printed name of Movant or attorney for Movant

**Relief Sought: Counsel is requesting for award of $540.00 in attorney fees per doc #36.**

```
Label Matrix for local noticing      Employment Development Dept       Franchise Tax Board
0973-8                               Bankruptcy Group MIC 92E          Bankruptcy Section MS: A-340
Case 8:22-bk-12093-TA                P.O. Box 826880                   P.O. Box 2952
Central District of California       Sacramento, CA 94280-0001         Sacramento, CA 95812-2952
Santa Ana
Tue May  2 14:11:43 PDT 2023

Santa Ana Division                   Chandler Olson                    CitiMortgage Inc.
411 West Fourth Street, Suite 2030,  c/o Pourcho Law Group PC          MTC Financial Inc.
Santa Ana, CA 92701-4500             2618 San Miguel Drive Ste 410     17100 Gillette Ave.
                                     Newport Beach, CA 92660-5437      Irvine, CA 92614-5603


CitiMortgage, Inc.                   County of Los Angeles             County of Orange
c/o Cenlar, FSB, Attn: Bankruptcy Dept.  Dept. of Treasurer & Tax Collector  P.O. Box 4515
425 Phillips Blvd.                   225 North Hill St. RM 122         Santa Ana CA 92702-4515
Ewing, NJ 08618-1430                 PO Box 514818
                                     Los Angeles, CA 90051-4818

FRANCHISE TAX BOARD                  Franchise Tax Board               INTERNAL REVENUE SERVICE
BANKRUPTCY SECTION MS A340           PIT Bankruptcy MS: A-340          PO BOX 7346
PO BOX 2952                          PO Box 2952                       Philadelphia, PA 19101-7346
SACRAMENTO CA 95812-2952             Sacramento, CA 95812-2952

ORange County Sheriff Office         The John A. Mani Trust            United States Trustee (SA)
Sheriff's Civil Division             19332 Pitcairn Ln.                411 W Fourth St., Suite 7160
909 North Main Street Suite 2        Huntington Beach, CA 92646-2919   Santa Ana, CA 92701-4500
CASE NUMBER: 2022501383
Santa Ana, CA 92701-3522

Amrane (SA) Cohen (TR)               Arvin Peter Mani                  Chandler Olson
770 The City Drive South Suite 3700  19332 Pitcairn Ln                 100 Bayview Circle, Suite 100
Orange, CA 92868-4928                Huntington Beach, CA 92646-2919   Newport Beach, CA 92660-2963


Christopher J Langley
Shioda, Langley & Chang LLP
1063 E. Las Tunas Dr.
San Gabriel, CA 91776-1632




             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Cenlar as servicer for CitiMortgage, Inc.   (u)CitiMortgage Inc         End of Label Matrix
                                                                           Mailable recipients    18
                                                                           Bypassed recipients     2
                                                                           Total                  20
```