| | |
|---|---|
| Amrane Cohen, Chapter 13 Trustee<br>Brian D. Wirsching (SBN 189491)<br>770 The City Drive South, Suite 3700<br>Orange, CA 92868<br>Phone: (714) 621-0200<br>Office email: efile@ch13ac.com<br>Direct email : Brian@ch13ac.com<br><br><br><br>Chapter 13 Trustee | FOR COURT USE ONLY |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION** | |
| In re:<br><br>ARVIN PETER MANI<br><br><br><br>Debtor(s). | CASE NUMBER 8:22-bk-12093-TA<br><br>CHAPTER 13 |
| | **CHAPTER 13 TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FOLLOWING DISMISSAL OR CONVERSION OF CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT** |
| | [No Hearing Required] |

The undersigned Chapter 13 Trustee, having reviewed the Application for Allowance of Fees and Expenses Following Dismissal or Conversion of Chapter 13 Case Subject to a Rights and Responsibilities Agreement (Application) filed on **05/02/2023** as docket entry number **36**, provides the following response to the Application:

☐    RECOMMENDED WITHOUT CONDITIONS.

☒    RECOMMENDED on the following conditions:
   This is an application for allowance of fees and expenses in a case which was dismissed on April 20, 2023.  The balance of funds on hand with the Trustee is presently $540.00.
   Allow supplemental attorney fees and expenses of $540.00, of which $540.00 is to be paid by the Trustee to Applicant from the balance of funds on hand to the extent such funds are available.
   If Applicant agrees with the attached conditions and no objection is filed by other parties, Applicant is to file a declaration re non-receipt of objection or request for hearing to the Application under LBR 9013-1(o)(3) and lodge an electronic order approving the Application consistent with the foregoing conditions.  If Applicant disagrees with the conditions or if a party files an objection to, or request for hearing of, the Application, then Applicant may either file a voluntary dismissal of the Application or set the Application for hearing under the applicable Local Bankruptcy Rules, using the Court's self-calendaring procedure, and serve notice of the hearing as appropriate.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

☐ See attached sheet.

☐ NOT RECOMMENDED for the following reasons:

☐ See attached sheet.

☐ NO POSITION TAKEN BY THE CHAPTER 13 TRUSTEE

☐ SET FOR HEARING

Dated: 5/9/2023

/s/ Brian Wirsching
Attorney for Amrane Cohen, Chapter 13 Trustee

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*     Page 2    **F 3015-1.11.TRUSTEE.COMMENT.FEES.DMCON**

**[THIS PAGE INTENTIONALLY LEFT BLANK.]**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                             Page 3    **F 3015-1.11.TRUSTEE.COMMENT.FEES.DMCON**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 The City Drive South, Suite 3700, Orange, CA 92868

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 13 TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FOLLOWING DISMISSAL OR CONVERSION OF CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/09/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Amrane Cohen   efile@ch13ac.com;
United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov;
Christopher J Langley   chris@slclawoffice.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 05/09/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> Arvin Peter Mani
> 19332 Pitcairn Ln
> Huntington Beach, CA 92646

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable THEODOR C. ALBERT

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/09/2023 | Reyna Patrick | /s/ Reyna Patrick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 4    **F 3015-1.11.TRUSTEE.COMMENT.FEES.DMCON**