| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>**Christopher J. Langley (SBN 258851)**<br>**Shioda, Langley and Chang, LLP**<br>**1063 E. Las Tunas Dr.**<br>**San Gabriel, CA 91776**<br>**Telephone: (951) 383-3388**<br>**Fax: (877) 483-4434**<br>**chris@slclawoffice.com**<br><br>☐ Chapter 13 Trustee<br>☒ Attorney for: Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 19 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY deramus DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>Arvin Peter Mani<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 8:22-bk-12093-TA<br>CHAPTER: 13 |
|---|---|
| | **ORDER ☒ GRANTING  ☐ DENYING APPLICATION OF ATTORNEY FOR DEBTOR FOR ALLOWANCE OF FEES AND EXPENSES FOLLOWING DISMISSAL OR CONVERSION OF CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT** |
| | ☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

Based on the Application for Allowance of Fees and Expenses Following Dismissal or Conversion of Chapter 13 Case Subject to a Rights and Responsibilities Agreement (Application) filed on *(date)* 05/02/2023 as docket number 36, the court orders as follows:

1. ☒ The Application is granted and the Attorney for Debtor is allowed the sum of $540.00 as compensation for Additional Services and the sum of  $0.00 in expenses related to Additional Services referred to in the Application, and the Chapter 13 Trustee is directed to pay the unpaid balance of $540.00 from the estate of Debtor as funds permit.

2. ☐ The Application is set for hearing on: *(date)* _____ at *(time)* _____.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                              Page 1                              F 3015-1.19.ORDER.CH13.FEES.DMCON

3. ☐ The Attorney for Debtor must file and serve appropriate notice of the hearing on Debtor and the Chapter 13 Trustee.

4. ☐ The Application is denied.

5. ☐ Other (specify):

###

Date: May 19, 2023

*Theodor C. Albert*
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 2    **F 3015-1.19.ORDER.CH13.FEES.DMCON**