AMRANE COHEN
CHAPTER 13 TRUSTEE
Orange City Square
770 The City Dr. South, #3700
Orange, CA 92868
Tel: (714) 621-0200
Fax: (714) 621-0277

# UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>ARVIN PETER MANI<br><br>Debtor(s). | Case No.:  8:22-bk-12093-TA<br><br>DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT |

On April 26, 2023, this office served upon the interested parties a "Notice of Filing of Trustee's Final Report and Account."  This office has not received any objection(s) to the Trustee's Final Report & Account within the time period permitted by Rule 5009, or at all.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 31, 2023 at Orange, California.

Dated:  May 31, 2023

/s/ ALDO AMAYA
ALDO AMAYA